# Exhibit "2"

| Defendant Name | Adversary Number |
|---|---|
| Adobe Systems Incorporated | 19-50009 |
| American Express Company | 19-50010 |
| Bernardo Manufacturing, Ltd. dba Bernardo Inc. | 19-50015 |
| Cardinal Solutions Group, Inc. | 19-50018 |
| Champion Retail Services, Inc. | 19-50021 |
| ClickMail Marketing, Inc. | 19-50023 |
| CyberSource Corporation | 19-50029 |
| Diversified Distribution Systems, LLC | 19-50032 |
| Facilities Excellence LLC | 19-50038 |
| Federal Express Corporation | 19-50040 |
| Forecast Horizon, Inc. | 19-50041 |
| Google LLC fdba Google Inc. | 19-50045 |
| Innomark Communications LLC | 19-50048 |
| KSC Studio, L.L.C. | 19-50052 |
| Marsh USA Inc. | 19-50056 |
| MC Graphics Inc. | 19-50057 |
| MGF Sourcing US, LLC | 19-50058 |
| Moov Corporation | 19-50059 |
| Oakleaf Waste Management, LLC | 19-50060 |
| Oracle America, Inc. | 19-50063 |
| RDG Global, LLC | 19-50066 |
| Seven Licensing Company, LLC; and The CIT Group/Commercial Services, Inc. | 19-50071 |
| Spencer Technologies, Inc. | 19-50073 |
| The Old Trail Printing Company | 19-50076 |
| Thomas Electronic, Inc. | 19-50077 |
| TradeGlobal LLC | 19-50080 |
| United Parcel Service, Inc. dba UPS -05436A / 87X913 | 19-50083 |
| WD303, LLC fdba Web Decisions, LLC | 19-50086 |

* 28 Adversary Proceedings