**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> LSC Wind Down LLC, *et al.*, <br><br>                 Post-Confirmation Debtors. | Chapter 11 <br><br> Case No. 17-10124 (KJC) <br><br> (Jointly Administered) |
| Limited Creditors' Liquidating Trust, <br>                               Plaintiff, <br><br> vs. <br><br> RDG Global, LLC, <br>                               Defendant. | Adv. No. 19-50066 |

## STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND

Plaintiff and Defendant, through their attorneys, stipulate and agree as follows:

## RECITALS

1. Plaintiff commenced this adversary proceeding on January 15, 2019, and a summons was issued by this court on January 22, 2019.

2. Defendant's answer is due on April 22, 2019.

3. Defendant is in the process of gathering documents and information germane to the allegations in Plaintiff's Complaint and Defendant's defenses to the same. The parties believe that it is appropriate to obtain an extension of Defendant's time to answer or otherwise respond to the complaint.

4. The parties do not believe that any party will be prejudiced by extending Defendant's time to answer or otherwise respond to the complaint.

**IT IS STIPULATED AND AGREED AS FOLLOWS:**

1. The parties hereby stipulate and agree to extend Defendant's time to answer or otherwise respond to the complaint until and including May 22, 2019.

2.    The parties consent to entry of an order extending Defendant's time to answer or otherwise respond to the complaint.

| | |
|---|---|
| Dated: April 23, 2019 | Dated: April 23, 2019 |
| **BAYARD, P.A.** | **Rosenthal & Rosenthal** |
| */s/   Justin R. Alberto* | */s/   Peter Rosenthal* |
| Justin R. Alberto (No. 5126) | Peter Rosenthal (No. 3060241) |
| Gregory J. Flasser (No. 6154) | 1370 Broadway |
| 600 N. King Street, Suite 400 | New York, NY 10018 |
| Wilmington, Delaware 19801 | Telephone: (212) 356-1400 |
| Telephone: (302) 655-5000 | Email: prosenthal@rosenthalinc.com |
| Facsimile: (302) 658-6395 | |
| Email: jalberto@bayardlaw.com | *Counsel for Defendant, RDG Global, LLC* |
| gflasser@bayardlaw.com | |

-and-

**ASK LLP**
Joseph L. Steinfeld, Jr., MN SBN 026692
Kara E. Casteel, MN SNB 0389115
Anastasia Kazmina, MN SBN 0398419
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 406-9665
Fax: (651) 406-9676
Email: akazmina@askllp.com

-and-

Edward E. Neiger, Esq.
151 West 46th Street, 4th Fl.
New York, NY 10036
Telephone: (212) 267-7342
Fax: (212) 918-3427

*Counsel for the Limited Creditors'
Liquidating Trust*