

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

151 West 46th Street, 4th Floor  
New York, NY 10036  
212-267-7342

| | |
|---|---|
| Defendant: | **RDG Global, LLC; and  Rosenthal & Rosenthal, Inc.** |
| Bankruptcy Case: | **LSC Wind Down, LLC** |
| Preference Period: | **Oct 19, 2016 - Jan 17, 2017** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Limited Stores, LLC | Limited Stores, LLC | 6000099 | $301,729.05 | 11/1/2016 | 530372 | 8/25/2016 | $47.20 |
| Limited Stores, LLC | Limited Stores, LLC | 6000099 | $301,729.05 | 11/1/2016 | 530017 | 8/22/2016 | $18.00 |
| Limited Stores, LLC | Limited Stores, LLC | 6000099 | $301,729.05 | 11/1/2016 | 530016 | 8/22/2016 | $37.50 |
| Limited Stores, LLC | Limited Stores, LLC | 6000099 | $301,729.05 | 11/1/2016 | 529811 | 8/17/2016 | $13,500.00 |
| Limited Stores, LLC | Limited Stores, LLC | 6000099 | $301,729.05 | 11/1/2016 | 529810 | 8/17/2016 | $42,152.40 |
| Limited Stores, LLC | Limited Stores, LLC | 6000099 | $301,729.05 | 11/1/2016 | 529809 | 8/17/2016 | $68,126.95 |
| Limited Stores, LLC | Limited Stores, LLC | 6000099 | $301,729.05 | 11/1/2016 | 529808 | 8/17/2016 | $90,384.00 |
| Limited Stores, LLC | Limited Stores, LLC | 6000099 | $301,729.05 | 11/1/2016 | 529807 | 8/17/2016 | $17,600.00 |
| Limited Stores, LLC | Limited Stores, LLC | 6000099 | $301,729.05 | 11/1/2016 | 529806 | 8/17/2016 | $10,506.00 |
| Limited Stores, LLC | Limited Stores, LLC | 6000099 | $301,729.05 | 11/1/2016 | 529805 | 8/17/2016 | $13,685.00 |
| Limited Stores, LLC | Limited Stores, LLC | 6000099 | $301,729.05 | 11/1/2016 | 529804 | 8/17/2016 | $45,594.00 |
| Limited Stores, LLC | Limited Stores, LLC | 6000099 | $301,729.05 | 11/1/2016 | 529056 | 8/5/2016 | $44.00 |
| Limited Stores, LLC | Limited Stores, LLC | 6000099 | $301,729.05 | 11/1/2016 | 525454 | 7/6/2016 | $34.00 |

**Totals:**     1 transfer(s),     $301,729.05