**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LSC Wind Down LLC, *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 17-10124 (KBO)<br><br>(Jointly Administered) |
| Limited Creditors' Liquidating Trust,<br>Plaintiff,<br><br>vs.<br><br>RDG Global, LLC; and Rosenthal & Rosenthal, Inc.,<br>Defendant. | Adv. No. 19-50066 |

## NOTICE OF SERVICE

Please take notice that on June 27, 2019, a copy of Plaintiff's *Written Discovery Requests and Initial Disclosures* were caused to be served on the following via First Class Mail:

<u>Attorney for Defendant</u>
Anthony DiTirro, Esq.
Rosenthal & Rosenthal
1370 Broadway
New York, NY 10018

Dated: June 27, 2019

                                                **ASK LLP**

                                                */s/ Kara E. Casteel*
                                                Joseph L. Steinfeld, Jr., MN SBN 026692
                                                Kara E. Casteel, MN SNB 0389115
                                                2600 Eagan Woods Drive, Suite 400
                                                St. Paul, MN  55121
                                                Telephone: (651) 406-9665
                                                Fax: (651) 406-9676
                                                Email: kcasteel@askllp.com

                                                *-and-*

Edward E. Neiger
151 West 46th Street, 4th Floor
New York, NY 10036
Telephone: (212) 267-7342
Fax: (212) 918-3427

*-and-*

**BAYARD, P.A.**
Justin R. Alberto, DE SBN 5126
Gregory J. Flasser, DE SBN 6154
600 North King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Fax: (302) 658-6395
Email: jalberto@bayardlaw.com
       gflasser@bayardlaw.com

*Counsel for the Limited Creditors' Liquidating Trust*